IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH MYRICK POWERS,  :
:
    Petitioner  :
:
v.  :   CIVIL NO. 4:CV-15-37O
:
C. MAIRORANA, WARDEN, ET AL.,  :   (Judge Brann)
:
    Respondents  :

## ORDER

April 2, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's in forma pauperis application is **GRANTED** for the sole purpose of the filing of this action with this Court.

2. Powers' habeas corpus petition is **DISMISSED** for lack of jurisdiction.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge